WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>v.<br><br>Grace Xunmei Li,<br><br>            Defendant. | No. CV-12-00482-PHX-DGC<br><br>**FINAL JUDGMENT AND ORDER** |

For reasons set forth in the Court's previous decision (Doc. 215), the Court finds in favor of Plaintiff United States of America. The Court enters the following judgment:

1. Grace Xunmei Li's certificate of naturalization (No. 28 687 569) is hereby cancelled.

2. Defendant Li is precluded from claiming or exercising any rights, privileges, or advantages of United States citizenship based on her May 5, 2005 naturalization or any document which evidences her citizenship based on her May 5, 2005 naturalization.

3. By September 26, 2014, Defendant Li shall surrender to counsel for the United States her original certificate of naturalization (No. 28 687 569) and any United States passport issued to her.

4. The Court understands that, between now and September 26, 2014, Defendant Li shall seek to obtain an I-94 card reflecting her status as a lawful permanent resident alien. Based on statements by counsel for the government at a hearing on

September 9, 2014, the Court understands that the I-94 card will be issued immediately and will reflect Defendant Li's lawful permanent resident status. The Court also understands that Defendant Li can then apply for a new green card and will receive one in due course.

5. Defendant Li shall file a motion to stay the effect of this judgment by October 3, 2014. The United States shall file a response by October 7, 2014. Defendant Li shall file a reply by October 24, 2014.

6. The United States shall hold Defendant Li's certificate of naturalization and passport at the office of the United States Attorney in Phoenix, Arizona until this Court and, if necessary, the Ninth Circuit Court of Appeals, has ruled on her motion to stay. If either Court grants the motion to stay, the United States shall promptly return the certificate of naturalization and passport to Defendant Li.

Dated this 10th day of September, 2014.

_____
David G. Campbell
United States District Judge